Aaron M. Waite, Esq.
Nevada Bar No. 7947
Juliana M. Hofsommer, Esq.
Nevada Bar No. 11601
THE COOPER CASTLE LAW FIRM, LLP
5275 South Durango Drive
Las Vegas, Nevada  89113
Telephone: (702 ) 435-4175
Facsimile: (702) 877-7424
Email: jhofsommer@ccfirm.com
Attorneys for Plaintiff
Credit One Bank, N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CREDIT ONE BANK, N.A. a Nevada Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JEREMY ROOSEVELT LAFITTE, an individual; PATRICIA HARRIS, an individual; LUZ URENA, an individual; DOES I through X; and ROE Corporations I through X;<br><br>　　　　Defendants. | CASE NO.:  2:09-cv-02276 |

## NOTICE OF CHANGE OF ATTORNEY

I, JULIANA M. HOFSOMMER, ESQ., of THE COOPER CASTLE LAW FIRM, LLP, hereby provide this Notice of Change of Attorney to the Court and request the Court to change within-firm representation in the above-entitled action.

DAVID B, SANDERS, ESQ. has made an appearance in the above entitled-action.  I hereby request to be substituted as counsel of record for Plaintiff CREDIT ONE BANK, N.A.

- 1 -

A781

1 further request the Court remove the above-named attorney from the Court's service list for this
2 case only.
3   DATED this 12th day of May, 2011.

THE COOPER CASTLE LAW FIRM, LLP


 */s/ Juliana M. Hofsommer*  
Aaron M. Waite, Esq. (7947)  
Juliana M. Hofsommer, Esq. (11601)  
5275 South Durango Drive  
Las Vegas, Nevada 89113  
Attorneys for Plaintiffs  
Credit One Bank, N.A.



IT IS SO ORDERED.  
_____  
UNITED STATES MAGISTRATE JUDGE  
DATE: MAY 12, 2011

- 2 -

A781