UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CREDIT ONE BANK, N.A. a Nevada Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JEREMY ROOSEVELT LAFITTE, an individual; PATRICIA HARRIS, an individual; LUZ URENA, an individual; DOES I through X; and ROE Corporations I through X;<br><br>    Defendants. | CASE NO.:  2:09-cv-02276 |

**DEFAULT JUDGMENT AND ORDER**

This Honorable Court having read and considered Plaintiff CREDIT ONE BANK, N.A.'s Application for Default Judgment, as well as the Affidavit of Agnes Gonzalez and Memorandum of Costs submitted on behalf of CREDIT ONE BANK, N.A., and a default having been entered against Defendants JEREMY ROOSEVELT LAFITTE and PATRICIA HARRIS, and good cause appearing:

. . . .

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff CREDIT ONE BANK, N.A.'s Application for Default Judgment shall be and is hereby GRANTED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the fraudulently filed UCC Financing Statement, Form UCC1 with the Nevada Secretary of State claiming a secured interest in all of CREDIT ONE's "Fixtures, All of [Credit One's] Personal Property, All of [Credit One's] Real Property, and All of [Credit One's] Assets," and claiming a false "liend (sic) sum certain amount of seven million ninety-five thousand USD or money of account/credit--$7,095,000.00," is hereby EXPUNGED, CANCELLED, TERMINATED, and REMOVED.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that Plaintiff CREDIT ONE BANK, N.A. shall awarded reasonable attorney's fees in the amount of $6,060.00 and costs in the amount of $658.50 incurred through February 11, 2011.

**IT IS SO ORDERED** this 6th day of June, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE