# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CREDIT ONE BANK, N.A. a Nevada Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JEREMY ROOSEVELT LAFITTE, an individual; PATRICIA HARRIS, an individual; LUZ URENA, an individual; DOES I through X; and ROE Corporations I through X;<br><br>    Defendants. | CASE NO.: 2:09-cv-02276 |

## AMENDED DEFAULT JUDGMENT AND ORDER

This Honorable Court having read and considered Plaintiff CREDIT ONE BANK, N.A.'s Ex Parte Motion to Amend Default Judgment and Order *Nunc Pro Tunc*, and good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff CREDIT ONE BANK, N.A.'s Ex Parte Motion to Amend Default Judgment and Order shall be and is hereby GRANTED.

- 1 -

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the fraudulently filed **UCC Financing Statement, Form UCC1 File #2009026092-3** with the Nevada Secretary of State claiming a secured interest in all of CREDIT ONE's "Fixtures, All of [Credit One's] Personal Property, All of [Credit One's] Real Property, and All of [Credit One's] Assets," and claiming a false "liend (sic) sum certain amount of seven million ninety-five thousand USD or money of account/credit--$7,095,000.00," is hereby EXPUNGED, CANCELLED, TERMINATED, and REMOVED.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that Plaintiff CREDIT ONE BANK, N.A. shall awarded reasonable attorney's fees in the amount of $6,060.00 and costs in the amount of $658.50 incurred through February 11, 2011.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that this Order be entered *nunc pro tunc*.

**SO ORDERED** this 8th day of September, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE